UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter **13** |
| **Tyriom Demetrice Edwards** | ) | Case No. **15-66682-JRS** |
| | ) | Judge **James R. Sacca** |
| | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that Julie Mehelic, Georgia Bar #550325 on behalf of Wells Fargo Bank, N.A., its successors or assigns, hereby enters her appearance as attorney for Wells Fargo Bank, N.A., its successors or assigns, in the above proceeding, and pursuant to Bankruptcy Rule 2002, requests that her name be added to the mailing list maintained by the Clerk in the above case and that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the following:

Julie Mehelic
Shapiro Pendergast & Hasty, LLP
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941

Please take further notice that the foregoing request includes the notices and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated __October 6, 2015_____

Shapiro Pendergast & Hasty, LLP

 /s/ Julie Mehelic
_____
Julie Mehelic
Georgia Bar No. 550325
jmehelic@logs.com
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941
(770) 220-2535