**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF GEORGIA

### NOTICE OF APPEARANCE AND
### SUBSTITUTION OF COUNSEL

Julie D. Mehelic hereby withdraws her appearance as counsel of record for the secured creditors in the bankruptcy cases listed on the attached Exhibit A as she is no longer with the firm of Shapiro Pendergast & Hasty, LLP. Taylor S. Mansell hereby substitutes her appearance as counsel of record for the secured creditors in the bankruptcy cases listed on the attached Exhibit A and requests that she be placed upon the mailing list of those creditors, parties in interest, and counsel who receives all notices in these proceedings.

Respectfully submitted,

Julie D. Mehelic
Georgia Bar No. 550325

Shapiro Pendergast & Hasty, LLP

Taylor S. Mansell
Georgia Bar No. 940461
tmansell@LOGS.com
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, GA 30346
Phone: 770-220-2535
Fax: 770-220-2665

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2017 JUN 26 AM 11: 04

BY_____ DEPUTY CLERK
M. REGINA THOMAS
CLERK

| Bankruptcy Case Number | Debtor (s) | Chapter |
|---|---|---|
| 09-74839-lrc | Michelle Sophia Georgia Williams | 13 |
| 11-43249-pwb | Randy Eugene McClure and Monna Kay McClure | 13 |
| 11-43487-mgd | James Francis Drummond, Jr. and Miriam Margarita Olivares | 13 |
| 11-59766-pwb | Willie James Shy | 13 |
| 11-72310-lrc | Marsha Suchette Louis | 13 |
| 11-72836-mgd | Frank Roland Conwell and Chaye Robyn Conwell | 13 |
| 11-76324-lrc | Tony Alan Scott | 13 |
| 11-81010-bem | Marcus Elliott Lampkin | 13 |
| 11-84614-bem | Robert Cleveland Wooten and Janet Elaine Wooten | 13 |
| 11-86668-wlh | Jesse Donald Mack and Layotta Jeanele Mack | 13 |
| 12-20722-jrs | Jane Harn Holland | 13 |
| 12-20787-jrs | Glenda Janet Santiago | 13 |
| 12-21542-jrs | James Patrick Gilroy | 13 |
| 12-22362-jrs | Carlos F. Yllescas and Yocasta Yllescas | 13 |

| | | |
|---|---|---|
| 12-22488-jrs | Christopher John Milford and Tammi Burrell Milford | 13 |
| 12-23265-jrs | William Dean Ezell | 13 |
| 12-23410-jrs | Michael Fitzgerald and Kara Nichole Fitzgerald | 13 |
| 12-24183-jrs | Millicent Musselwhite | 13 |
| 12-40648-pwb | Nicole Charvette Moore | 13 |
| 12-40847-mgd | Felix Scott Jordan | 13 |
| 12-41374-pwb | William Elbert Oliver | 13 |
| 12-41397-mgd | Patricia Mahekeya | 13 |
| 12-42185-pwb | Larry Michael Mazzoni and Tammy Mayer Mazzoni | 13 |
| 12-43421-pwb | Tommy Heywood Coker and Teresa Bell Coker | 13 |
| 12-51098-bem | Edward Earl Cosby and Alma Lawson Cosby | 13 |
| 12-51117-pmb | Gail Edwards Scott | 13 |
| 12-53998-bem | Robert Edward Davis, III and Daphne Dixon Davis | 13 |
| 12-54530-bem | Steven Coenson and Regina Coenson | 13 |

| | | |
|---|---|---|
| 12-54592-bem | Linda Kate Sims and Anthony Sims | 13 |
| 12-55868-wlh | Donald Byron Roberts | 7 |
| 12-56118-mgd | James Mathis, Jr. and Jacqueline Telissa Mathis | 13 |
| 12-56368-pwb | Bruce Alexander Smith | 13 |
| 12-56554-lrc | William Alfred Harris | 13 |
| 12-56771-bem | Stephanie Denise Jackson | 13 |
| 12-57294-wlh | Betty Jean McCullough | 13 |
| 12-57521-pwb | Alphonso Starr | 13 |
| 12-57642-crm | Alvin Crawford Champion | 13 |
| 12-57850-crm | Ellen Denise Harris | 13 |
| 12-58122-mgd | Jacqueline Armstrong | 13 |
| 12-58850-mgd | Pedro Garcia Bobadilla | 13 |
| 12-59099-pmb | Mary Elizabeth Sheehan | 13 |
| 12-59353-wlh | Mark Anthony Ragland and Rhonda Ann Ragland | 13 |
| 12-59607-pmb | Bruce Elliot Johnson | 13 |
| 12-59621-lrc | Mary Lois Martin | 13 |
| 12-59625-mgd | Brenda Joyce Booker | 13 |
| 12-60323-wlh | Rodney Errol Cox and Gretchen Myers Cox | 13 |
| 12-60414-crm | Desiree Iyobo Tisdol | 13 |

| | | |
|---|---|---|
| 12-62207-wlh | Vanice Deloise Pearson | 13 |
| 12-62840-lrc | Franklyn Coleyman Grizzle | 13 |
| 12-63367-pmb | Vilma Maryilla Thomas | 13 |
| 12-63447-wlh | Selena Patrice Rogers | 13 |
| 12-63556-lrc | Tinoy Van Nguyen and Phoune Thi Nguyen | 13 |
| 12-63579-bem | Jacques Edouard Garcon | 13 |
| 12-64124-bem | Michael J. Hoggs | 13 |
| 12-64593-pmb | Richard George Hylton | 13 |
| 12-64782-lrc | Tonja LaVette Peoples | 13 |
| 12-64788-bem | Carroll Williams and Janice Marie Williams | 7 |
| 12-65096-pmb | Isaac Jambo Brown, Jr. | 13 |
| 12-65193-pwb | Raymond Alen Kuutti | 13 |
| 12-65428-pwb | Harold Lamar Odister | 13 |
| 12-65805-lrc | Jimmy Lee Patterson, Jr and Beverly Howard-Patterson | 13 |
| 12-65830-bem | Sheryl Williamson Breaux | 13 |
| 12-65846-lrc | Bobbie Gene McMillan and Valerie Jenell McMillan | 13 |

| | | |
|---|---|---|
| 12-66488-mgd | Vicki Lynn Deshazo | 13 |
| 12-66513-bem | Bobby Joe Hall, Jr. and Denise Aiden Hall | 13 |
| 12-66800-crm | Joanne Alicia Andrews | 13 |
| 12-66997-pwb | Charles A. Moore | 13 |
| 12-67121-bem | Francisco Alberto Aranda and Shericka McClendon Aranda | 13 |
| 12-67309-lrc | Em Van Nguyen | 13 |
| 12-67413-pwb | Martha Ann Smith | 13 |
| 12-67752-bem | Joseph Melvin Parson | 13 |
| 12-68045-pmb | Markeith Demarcus Cunningham | 13 |
| 12-68305-mgd | Darrell Marcello Mason and Tracey Mason | 13 |
| 12-69206-bem | Agnes Stacie Owens | 13 |
| 12-70094-lrc | Maya Katherine Lee Sims | 13 |
| 12-70920-lrc | DeRollie Floyd | 13 |
| 12-72420-lrc | Pastora De Jesus Alvillar | 13 |
| 12-72421-crm | Ray Eugene Black, Jr. and Chandra Shante Black | 13 |
| 12-73756-mgd | Eric M. Washington and Queen S. Washington | 13 |
| 12-75561-crm | Fredrick L Hamilton | 13 |

| | | |
|---|---|---|
| 12-76679-wlh | Patrick Eugene Albright and Linda Marie Albright | 13 |
| 12-77200-crm | Debra Lynne Roberson | 13 |
| 12-79819-bem | Denise Mila Adams-Grinage | 13 |
| 12-81046-pwb | Dierdre Marie Watkins | 13 |
| 13-10263-whd | Curtis Carter and Glecia Shavetta Carter | 13 |
| 13-10470-whd | Henry Thomas Goodwin, Jr. and Audra Byrd Goodwin | 13 |
| 13-10880-whd | Christopher Lee Turman | 13 |
| 13-11986-whd | Donald Keith Cheney | 13 |
| 13-41492-pwb | Lorian Lee Tipton | 13 |
| 13-41937-mgd | James David Gravely and Maureen Ann Gravely | 13 |
| 13-42106-pwb | Pierre Angele Davis | 13 |
| 13-42317-pwb | Aletha Sue Womack | 13 |
| 13-50395-crm | Keli Love Farmer and Patricia Yvonne Farmer | 13 |
| 13-52658-lrc | Evelyn Yvonne Brown | 13 |
| 13-53099-bem | David Lee Bramlett and Lisa Marie Bramlett | 13 |
| 13-53252-pwb | Marquetta Prickett Wickline | 13 |

| | | |
|---|---|---|
| 13-54688-pmb | Kelvin Eugene Peek and Charlotte Vernita Peek | 13 |
| 13-54833-bem | Sandra G. Brittian | 13 |
| 13-56216-pmb | Jose Vicente Romeu and Meryl Deborah Romeu | 13 |
| 13-57166-bem | Valencia Michele Bell | 13 |
| 13-57815-pmb | Zenovia La'Ron Andrews | 13 |
| 13-61084-mgd | Corey Marche Midgett and Tracie Rodgers Midgett | 13 |
| 13-61992-mgd | Roxanne Pelekila Payne | 13 |
| 13-62056-crm | Elizabeth Todd Pollard | 13 |
| 13-62678-wlh | Sharon Nichole Artis | 13 |
| 13-63037-bem | Lorraine Priscilla Jackson | 13 |
| 13-63255-lrc | Sylvia Freeman Butler | 13 |
| 13-63349-lrc | Tiffany Elaine Whitmer | 13 |
| 13-63799-bem | Gilbert Spland, Jr and Stacey Renae Spland | 13 |
| 13-64504-crm | Lisa Marie Jones-Fisher | 13 |
| 13-64877-pmb | Augusta Baccus Bullard | 13 |
| 13-65259-pwb | Christina Noelle Sears | 13 |
| 13-66040-wlh | Hattie Mathis Levette | 13 |
| 13-66223-pmb | Robert Julius Zellner | 13 |

| | | |
|---|---|---|
| 13-66296-bem | Ralph Demetric Murray | 13 |
| 13-67487-wlh | Tenisha Nicole Herring | 13 |
| 13-68179-lrc | Robert Charles Turnbull and Dena Ellen Turnbull | 13 |
| 13-68471-crm | Quinzie Earl Kelly, Sr. and Carla Denise Kelly | 13 |
| 13-68854-bem | John David Luster, Jr. and Adria Elise Luster | 13 |
| 13-68858-bem | John Darin Hicks | 13 |
| 13-70160-lrc | Rutledge Allen Klein, III | 13 |
| 13-70234-pmb | Wallace Calvin Jones, Jr. and Lisa Battle Jones | 13 |
| 13-70426-lrc | Jerry Lowe and Burma Cecelia Lowe | 13 |
| 13-71031-mgd | William A. McClain, III | 11 |
| 13-71554-wlh | Carla Pleshette Williams | 13 |
| 13-72342-pmb | Jennifer Lynne Wagner | 13 |
| 13-72513-bem | Charles Edgar Wilbanks, III | 13 |
| 13-72771-lrc | Homer Edra Thornton and Anne Daniels Thornton | 13 |
| 13-74505-lrc | Joyce Jewel Scurry | 13 |
| 13-75059-bem | Angeline Patricia Franklin | 13 |

| | | |
|---|---|---|
| 13-75576-bem | Timothy Allen Osborn | 13 |
| 13-75865-wlh | Rita N Cole | 13 |
| 13-75919-wlh | John Lawrence Conwell, Sr. | 13 |
| 13-76062-lrc | Ernest Adolphus Williams | 13 |
| 13-76107-mgd | Kimberly Renee Johnson | 13 |
| 13-76369-pmb | Leland Edgar Paul and Marcia Gillian Paul | 13 |
| 13-76566-wlh | Bobby Williams | 13 |
| 13-77200-pwb | Altimese LaShunn Dees | 13 |
| 13-77376-lrc | Kimberly Anissa Stafford | 13 |
| 13-77427-bem | Hector Enrique Natal and Nahimar Vargas Mercado | 13 |
| 13-77445-crm | Areatha Renea Polk | 13 |
| 13-77610-pwb | Tonia Eubanks Ogletree | 13 |
| 14-10470-whd | Madelyn Colon | 13 |
| 14-10600-whd | Liliana Dina Suarez | 13 |
| 14-10607-whd | Horace Lee Williams, Jr and Jennelia Cordelia Williams | 13 |
| 14-10663-whd | Timothy Wayne Brown and Melissa Price Brown | 13 |
| 14-10846-whd | Vernon Strickland and Carolyn Y Strickland | 13 |
| 14-11613-whd | Walter E Hudson | 13 |

| 14-12308-whd | Tommy Lee Gilbert and Gaynell Gholston Gilbert | 13 |
|---|---|---|
| 14-12858-whd | Garry Gene Campbell | 13 |
| 14-20126-jrs | Latresha Catrina Jackson | 13 |
| 14-20189-jrs | Alvin Fletcher Martin and Gussie Martin | 13 |
| 14-20394-jrs | Andrew David Dunlop and Jennifer Lynn Dunlop | 13 |
| 14-20426-jrs | Ying Moua Her and Chaiy Jungle Her | 13 |
| 14-20480-jrs | Nichole Cherie Christie | 13 |
| 14-20612-jrs | Don Russell Grillo | 13 |
| 14-20831-jrs | Scott Alan Riley and Kelly Anissa Goodwin-Riley | 13 |
| 14-20873-jrs | Michael Van De Water and Nina Van De Water | 13 |
| 14-21005-jrs | Terry Eugene Sorrow and Laura Anne Sorrow | 13 |
| 14-21063-jrs | Angela Arlene Warren | 13 |
| 14-21819-jrs | Ivan David Allgary | 13 |
| 14-22474-jrs | Gregory Leon Oliver, Jr. | 13 |
| 14-22616-jrs | Christopher Michael Costabile and Marinda Evans Costabile | 13 |

| | | |
|---|---|---|
| 14-22660-jrs | Bryan Scott Guyton and Rebecca Lee Guyton | 13 |
| 14-22726-jrs | Robert George Sereday, Jr. and Monika Karen Sereday | 13 |
| 14-22892-jrs | Frederick L Stovall and Yonnah B Stovall | 13 |
| 14-41295-pwb | Markeita Dionne Anderson | 13 |
| 14-42544-mgd | Christopher Shaye Hall and Megan Buchanan Hall | 13 |
| 14-42932-pwb | Michael Adam Ogletree and Jillian Cathelene Ogletree | 13 |
| 14-43042-pwb | Jason Davis Sennett and Constance Shea Sennett | 13 |
| 14-50114-pwb | Elizabeth Ann Johnson | 13 |
| 14-50734-lrc | Emmie Joanne Cochran | 13 |
| 14-51289-pwb | Kimberly N Prince | 13 |
| 14-51381-pwb | Victor Rodriques Jackson | 13 |
| 14-51519-pmb | Michael McArthur Green | 13 |
| 14-51522-mgd | Hubert D. Twum-Barima | 13 |
| 14-51850-wlh | Terry Tyrone Baker | 13 |

| | | |
|---|---|---|
| 14-51911-lrc | Tony Lewis Willingham and Helena Antionette Willingham | 13 |
| 14-52076-bem | Tamara Nataliee Lalor | 13 |
| 14-52083-mgd | Sheron Lynn Williams | 13 |
| 14-52142-wlh | Pamela Anne Keenliside | 13 |
| 14-52320-crm | Virgil Darnell Banks | 13 |
| 14-52472-pwb | Yong Min Hahn | 13 |
| 14-52573-pmb | Kevin Christopher D'Aloisio and Cheryl Beth D'Aloisio | 13 |
| 14-52631-wlh | Veronica Cox | 13 |
| 14-52651-wlh | Elliot Hastings and Wilma J. Hastings | 13 |
| 14-52857-lrc | Edna Petree Smith | 13 |
| 14-52878-crm | Debbie Ann Veasley | 13 |
| 14-53428-bem | Taylor Harris | 13 |
| 14-53456-lrc | Vincent James Robinson | 13 |
| 14-53997-pwb | Janice Adams Goad | 13 |
| 14-54239-lrc | Jarrold Thomas Kelly | 13 |
| 14-54519-pwb | Ricky Devon Jones | 13 |
| 14-54546-pwb | Ricky Wallace Bradford and Mary Luann Bradford | 13 |
| 14-54764-lrc | Stacey Whitfield | 13 |
| 14-55690-pmb | Andrew Lee Holloway | 13 |

| | | |
|---|---|---|
| 14-56054-wlh | Andrea Doreen Edwards | 13 |
| 14-56247-bem | Kathy Anne Arturo | 13 |
| 14-56454-mgd | Donna Michelle Cagle | 13 |
| 14-56810-bem | Clinton Alan King | 13 |
| 14-57444-lrc | Linda Sue Ramey | 13 |
| 14-57684-wlh | Eugene Patrick Frye | 13 |
| 14-58026-crm | Brenda Elizabeth Marshall | 13 |
| 14-58125-bem | Jacquelyn Woods-Hunter | 13 |
| 14-58925-wlh | James Rogers Johnson | 13 |
| 14-59014-wlh | Dona Michelle Guster | 13 |
| 14-59687-lrc | Vicki Lishorn Williams | 13 |
| 14-60733-lrc | Coleman Gregory Patton, Jr. | 13 |
| 14-61175-lrc | Mary Catherine Barnes | 13 |
| 14-61186-wlh | Helene Denise Price | 13 |
| 14-61208-pmb | Kermit Alexander Washington and Lisha Denise Washington | 13 |
| 14-61625-lrc | Glen Edward Jackson and Beth Margaret Jackson | 13 |
| 14-61814-pmb | Stacia O. Okobi | 13 |
| 14-61888-pmb | Gerald Williams, Jr. and Olivia Celeste Williams | 13 |

| | | |
|---|---|---|
| 14-62272-lrc | Melvin Caldwell and Elizabeth L Caldwell | 13 |
| 14-63101-pmb | Stephen Wesley | 13 |
| 14-63930-lrc | Steven James Cross | 13 |
| 14-64275-lrc | Naheem Abi Balogun and Folake Toyin Balogun | 13 |
| 14-64343-pmb | Sherman C Hooper and Tiffany Kindle Hooper | 13 |
| 14-65193-wlh | Erik Ray Lindstrom | 13 |
| 14-65288-pmb | Brian Kelly Lester and Rebecca Dowling Lester | 13 |
| 14-65716-lrc | Hansel Hopgood, Jr. and Charlette Therese Munnings | 13 |
| 14-66252-bem | Marion Anita Oglesby | 13 |
| 14-68453-bem | Michelle Santrice Simon | 13 |
| 14-68625-crm | Darrell Dewayne Burns | 13 |
| 14-68816-wlh | Edna Jimerson Thomas | 13 |
| 14-69894-lrc | Clive Heaven | 7 |
| 14-70440-crm | Zachary Torquaze Holmes and Stephanie Monique Holmes | 13 |
| 14-70882-lrc | Delphine Woodly | 13 |
| 14-71148-pmb | Johnathan Kenyatta Miles | 13 |

| 14-71772-pmb | Sandra Taylor Clack | 13 |
|---|---|---|
| 14-71855-pwb | Maura Dilone de Florentino | 13 |
| 14-71893-wlh | Kareemah Peavy | 13 |
| 14-72766-lrc | Carlisa LaFayette Price | 13 |
| 14-73124-crm | Amos Williams | 13 |
| 14-73159-lrc | Eureca Renee Moore | 13 |
| 14-73312-crm | Tonya Michelle Weston | 13 |
| 14-73346-bem | Derrance Lebron McKibben and Juana Nte McKibben | 13 |
| 14-73459-lrc | Loren King Shields | 13 |
| 14-74033-bem | Vincent Lewis Ball | 13 |
| 14-74164-pmb | Lashaundra Lorrain Brinson | 13 |
| 14-74776-bem | Cheryl Ann McKinzie | 13 |
| 15-10461-whd | Larry Bailey, Sr and Carolyn Ann Bailey | 13 |
| 15-11112-whd | Ralph Wayne Snyder, Jr | 13 |
| 15-11155-whd | Michael Eugene Birch | 13 |
| 15-11273-whd | Delvin Antione Dyer and Chandra Denise Dyer | 13 |
| 15-11941-whd | Staci Robinson Gilley | 13 |
| 15-12109-whd | Arthur Lewis Harris and Deborah Ann Harris | 13 |
| 15-12159-whd | Henry Lee Ray | 13 |

| 15-12235-whd | William Derrick Bryan | 13 |
|---|---|---|
| 15-20021-jrs | Walter A Vanegas | 13 |
| 15-20076-jrs | Shelia Lynn Byrd | 13 |
| 15-20179-jrs | Cletis Joseph Castleberry and Christie Lynette Castleberry | 13 |
| 15-20183-jrs | Julius Albert | 13 |
| 15-20274-jrs | Gary Allen Liford and Deborah Elizabeth Liford | 13 |
| 15-20338-jrs | Alice LaFaye White | 13 |
| 15-20379-jrs | Michael Anthony Trowbridge and Brenda Rose Trowbridge | 13 |
| 15-20417-jrs | Jackson Mitchell Payne | 13 |
| 15-20479-jrs | Michelle Denise McKensey | 13 |
| 15-20557-jrs | Mary Hope Smith | 13 |
| 15-20561-jrs | Brian Hansard Pugh and Deborah LaVonne Pugh | 13 |
| 15-20649-jrs | Lindsay Lee Kisling | 13 |
| 15-20685-jrs | Lewis Shawn Short | 13 |
| 15-21049-jrs | Jackie Lane West | 13 |
| 15-21286-jrs | Barbara Elizabeth Sheppard | 13 |
| 15-21366-jrs | Ronda Rainwater Blackwell | 13 |

| | | |
|---|---|---|
| 15-21382-jrs | Christopher Dean Bagwell | 13 |
| 15-21521-jrs | J.C. Wallace and Florence M. Wallace | 13 |
| 15-21656-jrs | Doyle Lee Carder and Caroline S. Carder | 7 |
| 15-21743-jrs | Kristina Lee Bogel | 13 |
| 15-21941-jrs | Kenneth Franklin Seabolt and Barbara Crane Seabolt | 13 |
| 15-22299-jrs | Pamela Jill Bingham | 13 |
| 15-22449-jrs | Michael James Harris and Anita Hope Harris | 13 |
| 15-40086-pwb | Bryan James Lewis | 13 |
| 15-40127-pwb | Elhaj Cheick Coulibaly | 13 |
| 15-40460-mgd | Kevin Dean Warren | 13 |
| 15-40836-mgd | William Howard Benford, Jr. and Lamonique Ruth Benford | 13 |
| 15-41009-mgd | Francisco Tzun | 13 |
| 15-42040-mgd | Evelyn Kay Clark | 13 |
| 15-42722-mgd | Mary Gladdys Walters | 13 |
| 15-50127-bem | Willie Brooks, Jr. | 13 |
| 15-50151-bem | Wanda Willis White | 13 |
| 15-50157-pmb | Vellamaray Hall | 13 |
| 15-50804-lrc | Doris Williams Shaffer | 13 |
| 15-50840-wlh | Daria Deneen Miller | 13 |

| | | |
|---|---|---|
| 15-51468-lrc | Mary Marie Nichols | 13 |
| 15-51556-jrs | Calita Elston Robinson | 7 |
| 15-51957-pmb | Christopher Allen Toney and Marie Nicole Toney | 13 |
| 15-51969-lrc | Teresa Clark Robinson | 13 |
| 15-51977-bem | Ronald Gerard Aucoin and Ellen Marie Aucoin | 13 |
| 15-53231-lrc | Edward Lee Henry and Rose Marie Henry | 13 |
| 15-53437-crm | Hilary Ann Magley | 13 |
| 15-53833-bem | Doris Annett Smith | 13 |
| 15-53872-lrc | Carolyn Denise Leary | 13 |
| 15-53935-pmb | Roy Chester Garner | 13 |
| 15-53998-pmb | James Lamont Nixon and Virginia Lee Hampton-Nixon | 13 |
| 15-54021-pmb | Kelso Vearette Brown and Angela C. Brown | 13 |
| 15-54031-wlh | Samuel Romaro Thornton, Jr. | 13 |
| 15-55156-pmb | Latricia Renee Suber | 13 |
| 15-55586-wlh | Adria C Mitchell | 13 |
| 15-55646-lrc | James William Doto and Elizabeth Crais Doto | 13 |

| 15-55814-lrc | Jeffrey Pernell Tinsley, Sr | 13 |
|---|---|---|
| 15-56335-bem | Samora Tankersley Howard | 13 |
| 15-56825-crm | Rosemery Tharpe | 13 |
| 15-56937-pmb | Javin Damon Lewis and Ashley Gray Lewis | 13 |
| 15-57440-lrc | Robert Willie Taylor | 13 |
| 15-57457-crm | Deidra Vannette Johnson | 13 |
| 15-57563-pwb | Tariq Yasin Washington | 13 |
| 15-58102-bem | Constance Mugalla, | 13 |
| 15-58154-pmb | Susan R. Jones | 13 |
| 15-58275-pmb | Arnold Lee Dunn | 13 |
| 15-58293-pwb | Debra Ann Kincaid | 13 |
| 15-58364-lrc | William Edward Wilson, Jr | 13 |
| 15-58428-bem | Raul Enrique Rodriguez | 13 |
| 15-58912-crm | Carrie Lee Bowers | 13 |
| 15-59018-lrc | Valerie LaSonja Hawk | 13 |
| 15-59454-pmb | Christine Vieira Nelson | 7 |
| 15-59532-bem | Kevin Matthew Randolph | 7 |
| 15-59911-wlh | Yolanda Monique Baker | 13 |
| 15-60115-lrc | Alicia Aryelle Arzata | 13 |
| 15-60253-bem | Miranda Avalon Pascall | 13 |

| | | |
|---|---|---|
| 15-60299-lrc | Michael Rexford Greiner and Kelli Jeanne Greiner | 13 |
| 15-60462-lrc | Denise Anita Richardson | 13 |
| 15-61001-lrc | Edmond Craig Hill | 13 |
| 15-61041-pmb | Jack Welborn Askew, Jr and Katherine Mary Askew | 13 |
| 15-61456-crm | Pamela Renae Shaw | 13 |
| 15-62022-pmb | Wanda Few Wynder | 13 |
| 15-62219-pmb | Raymond Larry Purl, Jr. and Stephanie Christina Purl | 13 |
| 15-62299-lrc | John Grady Lathem | 13 |
| 15-62390-bem | Lindora Denise Geiser-Harmon | 13 |
| 15-62916-pmb | Cory Scott Robinson | 13 |
| 15-63000-mgd | Toneka Charo Bussey | 13 |
| 15-63068-pwb | Lawanda Wimberly Johnson | 13 |
| 15-63214-pmb | Shayla Cheri Perry | 13 |
| 15-63229-pmb | Connie Denise Underwood-Moore | 13 |
| 15-63297-wlh | Shirley Tate | 7 |
| 15-63597-pmb | Charles Edward Tankersley | 13 |
| 15-63679-wlh | Jennifer Luxella Mackey | 13 |
| 15-64018-jrs | Lawrence Bernard Smith | 13 |

| | | |
|---|---|---|
| 15-64132-pmb | Falisa Denese Jones and Rodney Tyrone Jones | 13 |
| 15-64213-bem | Kimberly Marie Craig | 7 |
| 15-64290-bem | Linda Gail Scott | 13 |
| 15-64469-jrs | Anthony Bernard Cater, Sr. and Sabrina Deadria Cater | 13 |
| 15-64563-jrs | Heather Diane Miller | 13 |
| 15-64690-lrc | Stephen Christopher Parente and Renee Marie Parente | 13 |
| 15-64693-jrs | Paul Francis Scanling and Jennifer Thuring Scanling | 13 |
| 15-64837-jrs | Judy Oscar | 13 |
| 15-64884-jrs | Sharon Lynette Bryant | 13 |
| 15-65209-wlh | Sean Jay Evans, Sr. | 13 |
| 15-65362-jrs | Michaela Wiley | 13 |
| 15-65447-bem | Corae Cornelius Harris | 13 |
| 15-65475-jrs | Lisa Marie Hunt-Neely | 13 |
| 15-65585-crm | Evelyn Canise Cox | 13 |
| 15-65653-jrs | Vincent Ricks | 13 |
| 15-65659-lrc | Pheobea Theoplies Lovings | 13 |
| 15-65911-jrs | Brian Edward Stagg | 13 |
| 15-65917-pmb | Dwight Lanier Chambers and Linda Lee Chambers | 13 |

| | | |
|---|---|---|
| 15-66519-jrs | Ezard Charles Garrett | 13 |
| 15-66682-jrs | Tyriom Demetrice Edwards | 13 |
| 15-66718-lrc | Willie James Swain, Jr. | 13 |
| 15-66851-jrs | Michael Antonio Robinson | 13 |
| 15-66906-bem | Roma Yvonne Scotton | 13 |
| 15-66912-bem | Dorothy Jean Griffin and Robert Lee Griffin | 13 |
| 15-66918-bem | Tameka Rashawn Weatherly | 13 |
| 15-67027-jrs | LaJoyce Smith Waajid | 13 |
| 15-67145-lrc | Valerie Jo Whiteside | 13 |
| 15-67411-crm | Timothy Loyd Wiley | 13 |
| 15-67480-jrs | Zahede Omarcus Strozier | 13 |
| 15-67504-pmb | Willie Smith, Jr. | 13 |
| 15-67629-jrs | Robert Joseph Gray and Jean Ann Gray | 13 |
| 15-67749-jrs | Kenneth Slade | 13 |
| 15-67767-pmb | Marvin Douglas Bryant | 13 |
| 15-67858-lrc | Dennis Summers | 13 |
| 15-67881-wlh | Michelle Damons Cheeks | 7 |
| 15-68151-jrs | Tracie Berman Rivera | 13 |
| 15-68162-crm | Harry James Ivey, Jr. | 13 |
| 15-68356-jrs | Jeffrey Lynn Jordan | 13 |

| | | |
|---|---|---|
| 15-68413-jrs | Lue Jean Lattimore | 13 |
| 15-68614-jrs | Joshua Davon Wyatt | 13 |
| 15-68618-pwb | Michael Todd Bentley | 13 |
| 15-68846-bem | Jacky Gilles Duchamp | 13 |
| 15-68884-wlh | Dolly Mae Fairclough | 13 |
| 15-68948-jrs | Lesa Roberta Crews | 13 |
| 15-69013-lrc | James Lawrence Jones | 13 |
| 15-69040-jrs | Daniel Larry Cavallaro | 13 |
| 15-69137-pmb | Russell James Dill and Leila Sade Dill | 7 |
| 15-69398-crm | Wendy Yvette Pickens | 13 |
| 15-69490-crm | Sherry Avery Scott | 13 |
| 15-69510-pmb | Jadesada Jay Vieira | 13 |
| 15-69616-jrs | Tamika Shavonda Hildreth | 13 |
| 15-70150-wlh | Alisha Mae O'Brian | 7 |
| 15-70289-jrs | Valencia Vonceil Bryant | 13 |
| 15-70808-jrs | Barry James Dewberry | 13 |
| 15-70883-jrs | Rosenda Ciru Jimenez | 13 |
| 15-71008-crm | Eric Steven Aucker | 13 |
| 15-71046-crm | Gregory Paul Johnson | 13 |
| 15-71409-lrc | Christopher Rodney James | 13 |
| 15-71514-jrs | Annie Thelma Taylor | 13 |

| 15-71563-mgd | Rita Ann Rose | 11 |
| 15-72394-jrs | Letitia Jo Denard | 13 |
| 15-72489-pmb | Genies Butts | 13 |
| 15-72654-jrs | Moran Bougouneau | 13 |
| 15-72704-jrs | Heather Planer Ingram | 13 |
| 15-72725-bem | Eric LaMorris Oliver and Kennisha Kincey Oliver | 13 |
| 15-72733-wlh | Christopher Michael Carlile | 13 |
| 15-72860-jrs | Dawn Theresa Petway | 13 |
| 15-72993-bem | Michael Duane Stephen and Alyssa Nickole McDonald | 13 |
| 15-72997-jrs | Kandice Ann Adams | 13 |
| 15-73559-wlh | Sonia Juaquita Robinson | 13 |
| 15-73617-crm | Christopher Tremeel Jamison | 13 |
| 15-73821-wlh | Keith Smith | 13 |
| 15-74104-crm | Carole Momplaisir | 13 |
| 15-74406-jrs | Terri Michelle Camp | 13 |
| 15-74548-jrs | Yvonne Marie Davis | 13 |
| 16-10012-whd | Donald Jeffrey Benefield and Bridget Hamil Benefield | 13 |
| 16-10081-whd | Michael Ray Wiggins and Lisa Lorene Wiggins | 13 |
| 16-10266-whd | Carolyn Ann Knight | 13 |

| | | |
|---|---|---|
| 16-10443-whd | Robert Timothy Jordan and Pamela Kennedy Jordan | 13 |
| 16-10558-whd | Jodie Glenn Davis and Grace Mae Davis | 13 |
| 16-11230-whd | Jimmy Lee Davis,, II and Jacqueline Yvonne Davis | 13 |
| 16-11295-whd | Tammy Patrice Blackmon | 13 |
| 16-11409-whd | Lisa Anne Brown | 13 |
| 16-11474-whd | Joscelin Lorraine Mackey | 13 |
| 16-11580-whd | Alfred Lamar Lovelace | 13 |
| 16-11616-whd | Joe Ann Malpass | 13 |
| 16-11633-whd | Jacquelyn Louise Bronner | 13 |
| 16-11667-whd | Ytiki Tawaski Davis | 13 |
| 16-11755-whd | Christina Lynn Brown | 13 |
| 16-11796-whd | James Fraizer Pearce and Robbie Schukar Pearce | 13 |
| 16-11930-whd | Gregory Bruce Dabney and Debra Jean Dabney | 13 |
| 16-11965-whd | Nicole Suzanne Bronner | 13 |
| 16-12324-whd | Joshua Wayne Eleton and Allison Brooke Eleton | 13 |
| 16-20186-jrs | Beatriz Phillips | 13 |

| | | |
|---|---|---|
| 16-20851-jrs | Sallie Mae Pough | 13 |
| 16-20899-jrs | Jimmy Dale Smith and Charlotte Sue Smith | 13 |
| 16-20964-jrs | Linda Michelle Lane | 13 |
| 16-21007-jrs | Jeanna Peak Nichols | 13 |
| 16-21062-jrs | Juan Carlos Munoz | 13 |
| 16-21209-jrs | David Zandle Adams | 13 |
| 16-21377-jrs | Leif Baldoz Austria | 13 |
| 16-21386-jrs | Sallie Marie Cannon | 13 |
| 16-21724-jrs | Benjamin Douglas Payne | 13 |
| 16-21827-jrs | Thomas Dewayne Hamby, | 7 |
| 16-21854-jrs | Ronald Earl Combs and Suzanne Gooden Combs | 7 |
| 16-21877-jrs | Aaron Paul Patton and Cathy Sue Patton | 13 |
| 16-21923-jrs | Anisa Lee Hailey | 11 |
| 16-22056-jrs | Scott Wesley Reynolds and Cynthia Diane Reynolds | 13 |
| 16-22207-jrs | Justin Tamar Mayweather | 13 |
| 16-40457-mgd | Harvey Leland Adams, Jr. | 13 |
| 16-40520-mgd | Christerfer Scott Henderson | 13 |

| 16-40531-mgd | Christina Renea Heard | 13 |
|---|---|---|
| 16-40695-mgd | Debbie J. Shinall | 13 |
| 16-40763-mgd | Stanley Thompson Oxford | 13 |
| 16-40976-mgd | James Donald Crocker, Sr. | 13 |
| 16-41052-pwb | Aisha Hamilton Ceesay | 13 |
| 16-41278-pwb | Joe Samuel Wilkins, Jr | 13 |
| 16-41402-pwb | James Luther Williams | 13 |
| 16-41629-pwb | Kevin Rena Wigley and Ashley Loveless Wigley | 13 |
| 16-42138-pwb | Gregory Carrillo and Jayme Rene Horner | 13 |
| 16-42156-mgd | Lynn Crawford Holbrooks | 13 |
| 16-42157-mgd | Billy Byron Thomas and Amanda Leigh Thomas | 13 |
| 16-42160-mgd | Mary Alice Shorts | 13 |
| 16-42219-pwb | Steven James Dunn and Jessica Murray Dunn | 13 |
| 16-42258-mgd | Joshua Adam Downing and Stacy Lynn Downing | 13 |
| 16-42333-mgd | Anthony Blayne Pace and Kelley Evans Pace | 13 |
| 16-42357-pwb | Eric Demetrius Bush | 13 |

| 16-42544-mgd | Clyfton Martin Tom | 13 |
|---|---|---|
| 16-42785-pwb | David Allen Knapp | 13 |
| 16-50141-jrs | Sheyeen Kester Bowden | 13 |
| 16-50230-wlh | Glenda Lee Tarver | 13 |
| 16-50881-lrc | Chonta Sanford Frazier | 13 |
| 16-50951-wlh | Kristina Maria Homs | 13 |
| 16-51359-pmb | Kendra Juanita Young | 13 |
| 16-52073-bem | James Franklin Harrell and Lara Michelle Harrell | 13 |
| 16-53063-crm | Carlton Alexandar Williames, Jr. | 13 |
| 16-53186-wlh | Perald Doyrin and Marie M Doyrin | 13 |
| 16-53250-jrs | Marlon Grenald | 13 |
| 16-53349-pmb | Alper Kurtuldu and Melike Kurtuldu | 13 |
| 16-53440-wlh | Lakesha Trimese Carter | 13 |
| 16-53554-pmb | Lessie Mae Bean-Alexander | 13 |
| 16-53746-bem | Fannie Mae Hunt | 13 |
| 16-53833-crm | Ronald Ruth, Jr. | 13 |
| 16-53845-pmb | Tanya Bennett Brown | 13 |
| 16-53848-pwb | Norma Louise Mock | 13 |
| 16-53896-wlh | Robin Cherie Roberts | 13 |
| 16-53912-pmb | Dodou Seedy Kolley | 13 |
| 16-53980-lrc | Monica Clarice Hall | 13 |

| 16-54038-jrs | Jabbar Karren Thomas and Latonja Marie Thomas | 13 |
|---|---|---|
| 16-54052-pmb | Monique Ricks | 13 |
| 16-54070-lrc | Roy Chester Williams | 13 |
| 16-54533-lrc | Michael Thomas Bodenbender | 13 |
| 16-54726-jrs | Armando Lopez Cambero | 13 |
| 16-54774-mgd | Stefanie Denise Tankersley | 13 |
| 16-54886-lrc | Frederick Donell Jinks | 13 |
| 16-55140-bem | Ronald Harris, Jr. | 13 |
| 16-55627-bem | Shanika Shundrea Wells | 13 |
| 16-55659-pmb | Braxton Armbrister Cosby | 13 |
| 16-55750-mgd | Theresa E. Jones | 13 |
| 16-55836-crm | Tina Gale Binion | 13 |
| 16-56509-lrc | Chifion Renae Simmons | 13 |
| 16-56786-wlh | Beverly Verdell Jones | 13 |
| 16-56954-mgd | Shannon Tobias Rose | 13 |
| 16-57135-lrc | Shaune LaSheane McKinney | 13 |
| 16-57205-crm | Audrey Lynn Terry Flowers | 13 |
| 16-57368-pmb | Smiley Norris | 13 |
| 16-57539-lrc | Tamara Nicole McKay | 13 |
| 16-57579-pwb | Odrie Maria Chapman-Minor | 13 |
| 16-57694-wlh | Zvi Kurtzman, | 11 |

| | | |
|---|---|---|
| 16-57713-pmb | Toby Orlando Jackson | 13 |
| 16-57808-bem | Katrina Flucas | 13 |
| 16-58085-crm | Alexey Gennadievich Alferov | 13 |
| 16-58202-crm | Dena Blevins Bass, | 13 |
| 16-58969-pmb | Andre Leron King | 13 |
| 16-59426-lrc | Nancy Jean Gordon | 13 |
| 16-59469-pmb | Tommie Lee Yarbrough and Rosa Lee Yarbrough | 13 |
| 16-59553-pmb | Marilyn Anita Ross | 13 |
| 16-59793-bem | Pearl Marie Crosby-Stilley | 13 |
| 16-60908-bem | Michael Baron Margulies and Deborah Susan Margulies | 13 |
| 16-61023-pwb | Precious Dyteasa Hatcher | 13 |
| 16-61048-crm | Jeremy Edward Hudson | 13 |
| 16-61227-pmb | Harold Keith Barnes | 13 |
| 16-61531-bem | Nadine Sacha Chin-Young | 7 |
| 16-61624-wlh | Thiondra Lashay Haynes | 13 |
| 16-61928-pwb | Lakeisha Monique Scott | 13 |
| 16-62655-wlh | Betty Bernice Brathwaite | 13 |
| 16-63194-crm | Earlanza McKenzie Postell | 13 |

| 16-63224-pmb | Erick Scott Stonecash and Kimberly Ewing Stonecash | 13 |
|---|---|---|
| 16-63524-crm | Adriena Yolanda Jones | 13 |
| 16-63702-crm | Synthia Martinez | 13 |
| 16-63713-pmb | Natalie Camille May | 13 |
| 16-63726-bem | Javar Anthony Young | 7 |
| 16-64041-wlh | Gordon Earl Sturdivant and Tracy Nelson-Sturdivant | 13 |
| 16-64058-wlh | Edward Lamar Williams and Lekeysha Daynell Williams | 13 |
| 16-64122-crm | Ceasar Ameen Ahmad | 13 |
| 16-64681-wlh | Brett David Jackson and Nina Rae Torella-Jackson | 13 |
| 16-64702-pmb | Carl Franklin Mitchell and Regina Lynn Mitchell | 13 |
| 16-64852-lrc | Leslie Janine Wright | 7 |
| 16-64936-crm | Tracy Louise Reeves | 13 |
| 16-65103-crm | Ronnie Anthony Smith, Jr. and Felicia Gail Smith | 13 |
| 16-65105-pmb | Betty Jean Cooper | 13 |
| 16-65192-bem | Beverly Jean Shinholster | 13 |

| | | |
|---|---|---|
| 16-65265-bem | W.C. Storry, Jr. and Belinda Bernadette Storry | 13 |
| 16-65526-wlh | Greg Edward Schoen | 13 |
| 16-66604-pmb | Yolanda Michelle Berry-Savage | 13 |
| 16-66887-wlh | Belinda Jean Martin | 13 |
| 16-66899-crm | Rodrick Isaac Williams | 13 |
| 16-66928-jrs | Alvin Bernard Chatmon | 13 |
| 16-67117-bem | Matthew Simon, Jr. and Audrey Calhoun Simon | 13 |
| 16-67268-crm | Taurence Maurice Campbell | 13 |
| 16-67300-wlh | Keonna Shanea Estrich | 13 |
| 16-67362-bem | Melissa Parks Griffin | 7 |
| 16-67403-jrs | Courtney DeShawn Thomas | 13 |
| 16-67447-wlh | Kamilah Aziza Jordan | 13 |
| 16-67503-pmb | Stephanie Renee Nowden | 13 |
| 16-67658-lrc | Verna Lynn Pruitt | 13 |
| 16-67679-mgd | Sekou Roque | 13 |
| 16-67706-bem | Janet Louise Teate and Kathy Elaine McGraw | 13 |
| 16-67719-crm | Bambi Lynn Papp | 13 |
| 16-67792-bem | Steven R. Zwirz and Connie L. Zwirz | 13 |

| | | |
|---|---|---|
| 16-67824-bem | Kristi Austin Crawford | 13 |
| 16-67906-pmb | Derrick Bentley and Twana McKenzie Bentley | 13 |
| 16-68144-crm | Matthew Earl Husted and Melissa May Husted | 7 |
| 16-68322-bem | Patrick Shay Dean | 13 |
| 16-68426-lrc | Phillip Lemonye Hale and Yolonda Carol Joe Hale | 13 |
| 16-68625-lrc | Russell Edward Judd | 13 |
| 16-69535-bem | Clovin Leroy Mattox, Sr. | 13 |
| 16-69615-lrc | Kimberly Marie Ford | 13 |
| 16-70586-crm | Cynthia Hammond | 13 |
| 16-70713-lrc | Michael Jeffrey Kiefer | 7 |
| 16-70837-pwb | Dexter Tyrone Dawston | 13 |
| 16-70851-jrs | Carolyn Frankie Burris | 13 |
| 16-70974-lrc | Nilda Marianela Lebron | 13 |
| 16-71113-lrc | Johnetta Williams Tucker | 13 |
| 16-71374-wlh | Crystal Johnson | 13 |
| 16-71884-crm | Shanel Nikkia Ford | 13 |
| 17-10211-whd | Thresa Rivers Minter | 13 |
| 17-10452-whd | Adrienne Desiree Hand and Jacob Herschel Hand | 7 |

| | | |
|---|---|---|
| 17-20927-jrs | William Tony Lovell and Debbie Jane Lovell | 13 |
| 17-41091-mgd | James Wayne Shearin and Jennifer Lindamood Shearin | 13 |
| 17-51816-jrs | Theardrick Sharod Harper | 13 |
| 17-53337-crm | Jacqueline T Dawes | 7 |
| 17-53711-jrs | Ralph Z. Cooper | 13 |
| 17-56136-pwb | Sanders Evans Spain | 13 |
| 17-56912-bem | Andrae Wayne Moton | 7 |
| 17-58556-crm | Sandra Elaine Riddle | 13 |