### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-66682-JRS |
| | ) | |
| TYRIOM DEMETRICE EDWARDS | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

### APPLICATION FOR COMPENSATION

COMES NOW Slipakoff & Slomka, PC, counsel of record for TYRIOM DEMETRICE EDWARDS, Debtor in the above-styled case, files this Application for Compensation (the "Application") and respectfully presents the following:

1

Pursuant to Paragraph 4(B) in the Chapter 13 Plan confirmed on April 19, 2016, Slipakoff & Slomka, PC (f/k/a The Slomka Law Firm, PC) ("Slomka") is entitled to additional compensation, over and above the base fee of $4,840.00, for specific services agreed to by Debtor and rendered on behalf of Debtor, as listed in Paragraph 6 of Debtor's "Disclosure of Compensation of Attorney for Debtor" (the "Disclosure Statement") filed in this case.

2

The basis for this application is Slomka (i) addressed a Trustee Motion to Dismiss (the "TMTD") entered on March 10, 2017 (Doc. No. 37) which was resolved by Consent Order with the Chapter 13 Trustee entered on June 1, 2017 (Doc. No. 42) and (ii) Slomka prepared and filed a Post Confirmation Modification of Chapter 13 Plan ("Post Mod") entered on April 7, 2017 (Doc. No. 38) which was granted by Order of this Court entered on May 23, 2017 (Doc. No. 40). Slomka is applying for the agreed upon fees of $300.00 for the TMTD and $500.00 for the Post Mod, for a total fee application of $800.00.

3

Slomka is applying to the Bankruptcy Court for the allowance and payment of the above-stated fee as set forth in the Disclosure Statement filed in this case and Paragraph 4(B) of the Debtor's confirmed Chapter 13 Plan.

WHEREFORE, Slomka prays for an order granting its Application as set forth above for the amount of $800.00

Respectfully Submitted:

\_\_\_\_/s/\_\_\_\_\_
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404) 800-4001

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 15-66682-jrs |
| ) | |
| TYRIOM DEMETRICE EDWARDS ) | |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Slipakoff & Slomka, PC has filed an Application for Compensation and related papers with the Court seeking an Order for compensation in the amount of $800.00

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Application for Compensation in Courtroom 1404, U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303 at 10:45 A.M. on August 8, 2017.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult on. If you do not want the Court to grant the relief sough in these pleadings or if you want to court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so,. If you file a written response, you must attach a certificate stating when, how and on whom (including 2 addresses) you served the response. Mail or deliver your response so that it is received by the Clerk's Office to: Clerk, United States Bankruptcy Court, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your responses to the undersigned at the address stated below.

On this the 12th day of July, 2017

\_\_\_/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404) 800-4001

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 15-66682-JRS |
| | ) | |
| TYRIOM DEMETRICE EDWARDS | ) | |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served a copy of the foregoing Application for Compensation and Notice of Hearing, filed in this Bankruptcy Case, upon the following, by depositing a copy of the same in the United States Mail with sufficient postage affixed thereon to ensure delivery to:

Nancy J Whaley (Served via ECF)
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Tyriom Demetrice Edwards
4119 Dinmont Chase
Atlanta, GA 30349


SEE ATTACHED FOR ADDITIONAL CREDITORS

On this the 12th day of July, 2017

_____/s/_____
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339
(404) 800-4001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-66682-jrs<br>Northern District of Georgia<br>Atlanta<br>Wed Jul 12 08:56:59 EDT 2017 | Rural Metro<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | United Consumer Financial Serv<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson, AZ 85712-1083 |
| WELLS FARGO BANK, N.A.<br>Attn: Bankruptcy Department<br>MAC# D3347-014<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715-7203 | Ashley Funding Services, LLC its successors<br>assigns as assignee of Syndicated<br>Office Systems, Inc.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | CACH, LLC<br>4340 S. Monaco Street<br>2nd Floor<br>Denver, CO 80237-3485 |
| Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>4340 South Monaco St.  2nd Floor<br>Denver, CO 80237-3485 | Central Finl Control<br>Po Box 66044<br>Anaheim, CA 92816-6044 | Community Mgmt Group<br>c/o Pittman Park HOA, Inc.<br>PO Box 28100<br>Sandy Springs, GA 30358-0100 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 |
| First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S Minnesota Ave<br>Sioux Falls, SD 57104-4868 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| HC Processing Center<br>PO Box 829<br>Springdale, AR 72765-0829 | Hccredit/feb<br>203 E Emma Ave Ste A<br>Springdale, AR 72764-4625 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Merrick Bank<br>c/o Resurgent Capital Services<br>Po Box 10368<br>Greenville, SC 29603-0368 | Merrick Bk<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 |
| Receivables Performanc<br>20816 44th Ave W<br>Lynnwood, WA 98036-7744 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta GA 30303-3315 |
| United Consumer Financial Services<br>865 Bassett Rd<br>Westlake, OH 44145-1194 | United Consumer Financial Services<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Suite 200<br>Tucson, AZ 85712-1083 | WELLS FARGO BANK, N.A.<br>F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 |
| Wells Fargo Bank Nv Na<br>Po Box 94435<br>Albuquerque, NM 87199-4435 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 | Wells Fargo Bank, NA<br>Attention: Bankruptcy Department, MAC &#<br>3476 Stateview Blvd.<br>Fort Mill, SC 29715-7203 |

| | | |
|---|---|---|
| (p)WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | West Mini Storage<br>312 Lakeview Blvd<br>Hartsville, SC 29550-8534 | Aisha Broderick<br>The Broderick Law Firm, LLC<br>303 Perimeter Center North, Suite 300<br>Atlanta, GA 30346-3401 |
| Howard P. Slomka<br>Slipakoff & Slomka, PC<br>Overlook III, Suite 1700<br>2859 Paces Ferry Rd, SE<br>Atlanta, GA 30339-5701 | Nancy J. Whaley<br>Nancy J. Whaley<br>Standing Chapter 13 Trustee<br>303 Peachtree Center Avenue<br>Suite 120<br>Atlanta, GA 30303-1286 | Tyriom Demetrice Edwards<br>4119 Dinmont Chase<br>Atlanta, GA 30349-8881 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Georgia Department of Revenue<br>Bankruptcy Division<br>Post Office Box 161108<br>Atlanta, GA 30321 | Wells Fargo Hm Mortgag<br>8480 Stagecoach Cir<br>Frederick, MD 21701 | End of Label Matrix<br>Mailable recipients    35<br>Bypassed recipients     0<br>Total                  35 |