IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Northern District of Georgia
ATLANTA DIVISION

IN RE: TYRIOM DEMETRICE EDWARDS

CASE NO. 1-15-BK-66682

CLAIM: 5

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Cach, Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

CACH, LLC
4340 S MONACO ST
FL 2
DENVER CO 80237-3485

To the new address below:

CACH, LLC
PO Box 10587
Greenville SC 29603-0587

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Leoann Shannon                                              Date: 7/5/2017
Leoann Shannon
Telephone: (877) 264-5884