**IT IS ORDERED as set forth below:**



**Date: December 13, 2017**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-66682-JRS |
| | ) | |
| TYRIOM DEMETRICE EDWARDS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### ORDER APPROVING APPLICATION FOR COMPENSATION

On July 12, 2017, Slipakoff & Slomka, PC, counsel for the above referenced Debtor, filed an Application for Compensation (Doc. No. 45) (the "Application"), seeking additional compensation of $800.00. Hearing on the Application was set for August 8, 2017. It appearing that after due and proper notice was properly served to effected parties, their attorneys, and the Chapter 13 Trustee, that no responses or objections to the Application were filed or raised prior to or at the hearing on the Application, it is hereby

**ORDERED** that the Application of Slipakoff & Slomka, PC is *granted*. Slipakoff & Slomka, PC shall be allowed additional compensation in the amount of $800.00 and said amount shall be funded by the Chapter 13 Trustee in accordance with Paragraph 4(B) of the Debtor's Chapter 13 Plan.

[END OF DOCUMENT]

Presented by:

/s/
Howard P. Slomka
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
Overlook III
2859 Paces Ferry Rd, SE
Suite 1700
Atlanta, GA 30339


No opposition:

/s/
Maria C. Joyner
GA Bar No. 118350
Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

## DISTRIBUTION LIST

Nancy J. Whaley, 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Tyriom Demetrice Edwards
4119 Dinmont Chase
Atlanta, GA 30349


SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing          Ashley Funding Services, LLC its successors   Patti H. Bass
113E-1                                   assigns as assignee of Syndicated             Bass & Associates, PC
Case 15-66682-jrs                        Office Systems, Inc.                          Suite 200
Northern District of Georgia             Resurgent Capital Services                    3936 E. Ft. Lowell Road
Atlanta                                  PO Box 10587                                  Tucson, AZ 85712-1083
Wed Dec 13 11:52:03 EST 2017             Greenville, SC 29603-0587

Aisha Broderick                          CACH, LLC                                     Cach Llc/Square Two Financial
The Broderick Law Firm, LLC              PO Box 10587                                  Attention: Bankruptcy
303 Perimeter Center North,Suite 300     Greenville, SC 29603-0587                     PO Box 10587
Atlanta, GA 30346-3401                                                                 Greenville, SC 29603-0587


Central Finl Control                     Community Mgmt Group                          Discover Bank
Po Box 66044                             c/o Pittman Park HOA, Inc.                    Discover Products Inc
Anaheim, CA 92816-6044                   PO Box 28100                                  PO Box 3025
                                         Sandy Springs, GA 30358-0100                  New Albany, OH  43054-3025


Discover Fin Svcs Llc                    Tyriom Demetrice Edwards                      Enhanced Recovery Corp
Po Box 15316                             4119 Dinmont Chase                            Attention: Client Services
Wilmington, DE 19850-5316                Atlanta, GA 30349-8881                        8014 Bayberry Rd
                                                                                       Jacksonville, FL 32256-7412


First Premier Bank                       First Premier Bank                            (p)GEORGIA DEPARTMENT OF REVENUE
3820 N Louise Ave                        601 S Minnesota Ave                           COMPLIANCE DIVISION
Sioux Falls, SD 57107-0145               Sioux Falls, SD 57104-4868                    ARCS BANKRUPTCY
                                                                                       1800 CENTURY BLVD NE SUITE 9100
                                                                                       ATLANTA GA 30345-3202


HC Processing Center                     Hccredit/feb                                  Internal Revenue Service
PO Box 829                               203 E Emma Ave Ste A                          PO Box 7346
Springdale, AR 72765-0829                Springdale, AR 72764-4625                     Philadelphia, PA 19101-7346


Taylor S. Mansell                        Merrick Bank                                  Merrick Bk
Shapiro Pendergast & Hasty, LLP          c/o Resurgent Capital Services                Attn: Bankruptcy
Suite 300                                Po Box 10368                                  P.O. Box 9201
211 Perimeter Center Parkway,  NE        Greenville, SC 29603-0368                     Old Bethpage, NY 11804-9001
Atlanta, GA 30346-1305


Premier Bankcard, Llc                    Receivables Performanc                        Recovery Management Systems Corporation
c o Jefferson Capital Systems LLC        20816 44th Ave W                              25 S.E. 2nd Avenue, Suite 1120
Po Box 7999                              Lynnwood, WA 98036-7744                       Miami, FL 33131-1605
Saint Cloud Mn 56302-7999


Rural Metro                              Howard P. Slomka                              U. S. Attorney
c/o Recovery Management Systems Corporat Slipakoff & Slomka, PC                        600 Richard B. Russell Bldg.
25 SE 2nd Avenue, Suite 1120             Overlook III - Suite 1700                     75 Spring Street, SW
Miami, FL 33131-1605                     2859 Paces Ferry Rd, SE                       Atlanta GA 30303-3315
                                         Atlanta, GA 30339-6213


United Consumer Financial Serv           United Consumer Financial Services            United Consumer Financial Services
Bass & Associates, P.C.                  865 Bassett Rd                                Bass & Associates, P.C.
3936 E. Ft. Lowell Rd., Suite 200        Westlake, OH 44145-1194                       3936 E. Ft. Lowell Suite 200
Tucson, AZ 85712-1083                                                                  Tucson, AZ 85712-1083
```

```
WELLS FARGO BANK, N.A.              WELLS FARGO BANK, N.A.              Wells Fargo Bank Nv Na
Attn: Bankruptcy Department         F8235-02F                           Po Box 94435
MAC# D3347-014                      PO BOX 10438                        Albuquerque, NM 87199-4435
3476 Stateview Boulevard            DES MOINES, IA 50306-0438
Fort Mill, SC 29715-7203

Wells Fargo Bank, N.A.              Wells Fargo Bank, NA                (p)WELLS FARGO BANK NA
Attention: Bankruptcy Department    Attention: Bankruptcy Department, MAC #   WELLS FARGO HOME MORTGAGE AMERICAS SERVICING
MAC #D3347-014                      3476 Stateview Blvd.                ATTN BANKRUPTCY DEPT MAC X7801-014
3476 Stateview Blvd.                Fort Mill, SC 29715-7203            3476 STATEVIEW BLVD
Fort Mill, SC 29715-7203                                                FORT MILL SC 29715-7203

West Mini Storage                   Nancy J. Whaley
312 Lakeview Blvd                   Nancy J. Whaley, Standing Ch. 13 Trustee
Hartsville, SC 29550-8534           303 Peachtree Center Avenue
                                    Suite 120, Suntrust Garden Plaza
                                    Atlanta, GA 30303-1216
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Georgia Department of Revenue       Wells Fargo Hm Mortgag
Bankruptcy Division                 8480 Stagecoach Cir
Post Office Box 161108              Frederick, MD 21701
Atlanta, GA 30321
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)CACH, LLC                        End of Label Matrix
PO Box 10587                        Mailable recipients    37
Greenville, SC 29603-0587           Bypassed recipients     1
                                    Total                  38
```