**IT IS ORDERED as set forth below:**



**Date: April 20, 2020**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-66682-JRS |
| | ) | |
| TYRIOM DEMETRICE EDWARDS | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

**CONSENT ORDER ON MOTION TO APPROVE SALE OF REAL PROPERTY**

On March 12, 2020, the Debtor filed a Motion to Approve Sale of Real Property (the "Motion") (Docket No. 55) requesting permission from the Court to sell real property located at 4119 Dinmont Chase, Atlanta, GA 30349 (the "Property") for $310,000.00 to Max Yates. A hearing on the motion was scheduled for April 14, 2020. At the telephonic hearing, Debtor's Counsel, Counsel for the Chapter 13 Trustee and Counsel for Wells Fargo Bank, N.A. appeared and an agreement was reached. Upon the parties' agreements and for good cause shown, it is hereby

**ORDERED** that the Motion is *granted* and sale of the Property as set forth above and in the Motion is *approved* and Debtor may proceed with the sale of the Property. It is

**FURTHER ORDERED** that (i) Debtor is not to pay anything to facilitate the sale of the

Property; (ii) Net proceeds, if any, shall be remitted by the closing attorney to the Debtor; (iii) if the Chapter 13 Trustee's audit of the case shows funds are still owed then Debtor will promptly pay those funds to the Chapter 13 Trustee; and (iv) Debtor shall provide the Chapter 13 Trustee a copy of the closing statement within 30 days of the closing on the sale of the Property.  It is

**FURTHER ORDERED** that Wells Fargo Bank, N.A. will be paid in full subject to a proper payoff quote and that any sale short of full payoff will be subject to Wells Fargo Bank, N.A.'s final approval and the sale of the Property will occur within ninety (90) days of this Order.

**[END OF DOCUMENT]**

Prepared and submitted by:

_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar #652875
Attorney for the Debtor
Slipakoff & Slomka, PC
3350 Riverwood Pkwy
Suite 2100
Atlanta, GA 30339

No opposition:

/s/_____
Maria C. Joyner
Georgia Bar No. 118350
Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303
Attorney for Chapter 13 Trustee

Consented to by:

/s/ *Signed with express permission*
/s/Taylor S. Mansell
 Georgia Bar No. 940461
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, Georgia 30346

## DISTRIBUTION LIST

Nancy J Whaley, Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

Tyriom Demetrice Edwards
4119 Dinmont Chase
Atlanta, GA 30349

Taylor S. Mansell
211 Perimeter Center Parkway, N.E.
Suite 300
Atlanta, Georgia 30346

Rural Metro
c/o Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

UNITED CONSUMER FINANCIAL SERV
Bass & Associates, P.C.
3936 E. Ft. Lowell Road, Suite #200
Tucson, AZ 85712

Julie Mehelic
Shapiro Pendergast & Hasty, LLP
2872 Woodcock Blvd.
Suite 100
Atlanta, GA 30341-3941

CACH, LLC
PO Box 10587
Greenville SC 29603-058